NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TIFFANY S. HUGHES,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2013-3101

---

Petition for review of the Merit Systems Protection Board in No. DA0752120256-I-1.

---

**ON MOTION**

---

**O R D E R**

Tiffany S. Hughes moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

TIFFANY HUGHES v. DHS　　　　　　　　　　　　　　　　　　　2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24